# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLES THOMPSON,**

      **Plaintiff,**

v.                                                                     Case No:   6:19-cv-601-Orl-31LRH

**CHAMPIONSGATE CAR WASH, LLC,**
**NICK ROCKEFELLER and JORDAN**
**ROCKEFELLER,**

      **Defendants.**

## ORDER

Upon consideration of the Notice of Settlement (Doc. 18) of this FLSA action, it is

**ORDERED** that the parties shall file their settlement agreement and joint motion for approval thereof by September 13, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 21, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party